```
                    UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


JOEL X. FINNEY,                    :    CIVIL NO. 3:06-CV-2281
                                   :
          Plaintiff                :    (Judge Munley)
                                   :
     v.                            :    (Magistrate Judge Smyser)
                                   :
JEFFREY A. BEARD, et al.,          :
                                   :
          Defendants               :
```

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to send to the plaintiff a copy of the docket sheet in this case and a copy of documents 1 and 2.  Given that the defendants in this case have not filed a motion to dismiss the complaint, **IT IS FURTHER ORDERED** that the plaintiff's motion (doc. 21) of objection to the defendants' motion to dismiss the complaint is **DENIED**.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: August 13, 2007.